```
                                              FILED
                                          2008 JUL 30 PM 12: 51

                                          CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____YNH_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury    '08 CR 2528 —JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| GERARDO CORTEZ-COPADO (1), RENE GONZALEZ-LANDEROS (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about July 1, 2008, within the Southern District of California, defendants GERARDO CORTEZ-COPADO and RENE GONZALEZ-LANDEROS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alvaro Delrio-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JPME:em:San Diego
7/29/08

### Count 2

On or about July 1, 2008, within the Southern District of California, defendants GERARDO CORTEZ-COPADO and RENE GONZALEZ-LANDEROS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alvaro Delrio-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

### Count 3

On or about July 1, 2008, within the Southern District of California, defendants GERARDO CORTEZ-COPADO and RENE GONZALEZ-LANDEROS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fidel Lopez-Payan, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

Count 4

On or about July 1, 2008, within the Southern District of California, defendants GERARDO CORTEZ-COPADO and RENE GONZALEZ-LANDEROS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fidel Lopez-Payan, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 5

On or about July 1, 2008, within the Southern District of California, defendants GERARDO CORTEZ-COPADO and RENE GONZALEZ-LANDEROS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Lopez-Tiscareno, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 6

On or about July 1, 2008, within the Southern District of California, defendants GERARDO CORTEZ-COPADO and RENE GONZALEZ-LANDEROS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an

1 alien, namely, Jorge Lopez-Tiscareno, had not received prior official
2 authorization to come to, enter and reside in the United States, did
3 bring to the United States said alien and upon arrival did not bring
4 and present said alien immediately to an appropriate immigration
5 officer at a designated port of entry; in violation of Title 8,
6 United States Code, Section 1324(a)(2)(B)(iii), and Title 18,
7 United States Code, Section 2.

### Count 7

On or about July 1, 2008, within the Southern District of California, defendant RENE GONZALEZ-LANDEROS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant RENE GONZALEZ-LANDEROS was removed from the United States subsequent to July 15, 2004.

DATED: July 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

4