### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   Rene Gonzalez-Landeros; Gerardo Cortez-Copado        No.   08cr2528-JLS

HON.   Louisa S. Porter                    Tape No.   POR08-1:14:40-14:42 (2m)

Asst. U.S. Attorney   George Manahan        PTSO   N/A

|      |                      |     |     |     |                      | #     | Status |
|------|----------------------|-----|-----|-----|----------------------|-------|--------|
| Atty | Leila Morgan, FD S/A  | Apt | Ret | for | Gonzalez-Landeros    | (1)   | (C)    |
|      | David Baker, CJA       | Apt | Ret | for | Cortez-Capado        | (2)   | (C)    |
|      |                        | Apt | Ret | for |                      | ( )   | ( )    |
|      |                        | Apt | Ret | for |                      | ( )   | ( )    |
|      |                        | Apt | Ret | for |                      | ( )   | ( )    |
|      |                        | Apt | Ret | for |                      | ( )   | ( )    |
|      |                        | Apt for Material Witness(es) |  |  |  |  |  |

PROCEEDINGS:              _____  In Chambers   _X_   In Court   _____  By Telephone

 - Arraignment on Indictment as to each Defendant.
 - Not Guilty Plea as to each Defendant.
 - MH/TS set for 09/05/08 @ 1:30pm before Judge Sammartino in courtroom 6.

 - Abstracts to release Material Witnesses issued in error attached.
 - Abstracts remanding the Material Witnesses back into USM custody attached.

Date        07/31/08                              R. F. Messig

                                                  Deputy's Initials

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff                )        CRIMINAL NO. _Of MJ 2026_
                                     )                   _08 CR 2528_
                                     )        ORDER
        vs.                          )
                                     )        RELEASING MATERIAL WITNESS
Rene Gonzalez Landeros, et al.       )
            Defendant(s)             )        Booking No.
_____    )

On order of the United States ~~District~~/Magistrate Judge,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Mat. Wit Jorge Lopez-Tisarello

DATED: _07/31/08_

RECEIVED _____ DUSM

_____
**LOUISA S. PORTER**
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk

R. F. MESSIG

☆ U.S. GPO: 2003-561-774/70082

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

vs )

*Rene Gonzalez-Landeros, et al.* )

CASE NUMBER 08CR2528-JLS

**ABSTRACT OF ORDER**

Booking No._____

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of  7-31-08

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____X____ *Material Witness Jorge Lopez-Tisareno* Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

____X____ Other. *Abstract releasing material witness Jorge Lopez-Tisareno issued in error.*

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____
Deputy Clerk

Received_____
     DUSM

Crim-9    (Rev 6-95)                    ★ U.S. GPO: 1996-783-398/40151

N. Prewitt

CLERK'S COPY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
          Plaintiff       )
                    )
          vs.           )
Rene Gonzalez-Landeros, et. al  )
                    )
         Defendant(s)   )
                    )

CRIMINAL NO. _08 MJ 2024_
_08 CR 2528_
ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge,   LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Mat. Wit: Alvaro DelRio-Garcia

DATED: _07/31/08_

RECEIVED
DUSM

LOUISA S. PORTER
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
        Deputy Clerk
        R. F. MESSIG

✩ U.S. GPO: 2003-581-774/70082

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

vs )

Rene Gonzalez- )
Landeros Et Al. )

CASE NUMBER 08cr 2528- JLS

ABSTRACT OF ORDER

Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____ 7/31/08_____

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

___X_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
Material Witness  ALVARO DEL RIO- GARCIA

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___X_____ Other. Abstract releasing Material Witness Alvaro Del Rio
GARCIA issued in Error

_____
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by

_____
Deputy Clerk

R. L. MASSIG

Received_____
DUSM

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _06MJ2026_ |
| Plaintiff ) | _08CR 2528_ |
| ) | ORDER |
| vs. ) | |
| Rene Gonzalez-Landeros, et. al. ) | RELEASING MATERIAL WITNESS |
| ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court)

Mat. wit Fidel Lopez-Payan

DATED: _07/31/08_

RECEIVED DUSM

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk

**R. F. MESSIG**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

vs )

*Rene Gonzalez-Landivos* )

)

CASE NUMBER *08cr 2528 JLS*

**ABSTRACT OF ORDER**

Booking No._____

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of _*7-31-08*_____

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

___X___ ~~Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.~~ *Material Witness Fidel Lopez-Payan*

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___X___ Other. *Abstract releasing Material Witness Fidel Lopez-Payan issued in error*

_____

UNITED STATES MAGISTRATE JUDGE

OR

Received_____

DUSM

W. SAMUEL HAMRICK, JR.    Clerk

by _____

Deputy Clerk

Crim-9    (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

**N. Prewitt**

CLERK'S COPY