Mayfield & Associates – Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witnesses ALVARO DELRIO-GARCIA, FIDEL LOPEZ-PAYAN, JORGE LOPEZ-TISCARENO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE GONZALEZ-LANDEROS (1),<br><br>GERARDO CORTEZ-COPADO (2),<br><br><br>Defendants. | Criminal Case No. 08 cr 2528-JLS<br>Mag. Docket No.  08 mj 2026<br><br>**APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATERIAL WITNESSES ALVARO DELRIO-GARCIA, FIDEL LOPEZ-PAYAN, AND JORGE LOPEZ-TISCARENO'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:  Hon. Barbara L. Major<br>CRTRM:  Courtroom 5, Third Floor<br><br>DATE:  August 18, 2008<br>TIME:  8:30 a.m. |

ALVARO DELRIO-GARCIA ("**DELRIO**"), FIDEL LOPEZ-PAYAN ("**LOPEZ**"), JORGE LOPEZ-TISCARENO ("**JORGE**") hereby apply for an Order Shortening Time in which to hear their Motion for Video Deposition and Release.  The Memorandum of Points and Authorities in support of the Motion, filed herewith, demonstrates the hearing of the Motion on shortened time is necessary; specifically, that DELRIO, LOPEZ, and JORGE have been incarcerated since July 1, 2008 and has no hope of obtaining a surety to post their bonds.

///

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

**1 of 2**

United States v. GONZALEZ-Landeros, et al.  (08 mj 2026)(08 cr 2528-JLS)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition

1

2  Dated:  August 6, 2008                          Mayfield & Associates

3

4                                        By:  /s/ Gayle Mayfield-Venieris
                                              Gayle Mayfield-Venieris, Esq.
5                                             Attorney for Material Witnesses
                                              ALVARO DELRIO-GARCIA, FIDEL
6                                             LOPEZ-PAYAN, JORGE LOPEZ-
                                              TISCARENO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

United States v. GONZALEZ-Landeros, et al.  (08 mj 2026)(08 cr 2528-JLS)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition

1
Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
2
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
3
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
4
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
5
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099
6

7
Attorneys for: Material Witnesses ALVARO DELRIO-GARCIA, FIDEL LOPEZ-PAYAN,
JORGE LOPEZ-TISCARENO

8

9
## UNITED STATES DISTRICT COURT

10
## SOUTHERN DISTRICT OF CALIFORNIA

11
| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 2528-JLS |
| Plaintiff, | Mag. Docket No.  08 mj 2026 |
| | |
| v. | **PROOF OF SERVICE VIA E-FILE** |
| | **[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| RENE GONZALEZ-LANDEROS (1), | |
| GERARDO CORTEZ-COPADO (2), | |
| | |
| Defendants. | |

12

13

14

15

16

17

18

19

20
I, Melissa L. Bustarde, Esq., declare as follows:

21
1.      I am over eighteen years of age and not a party to the above-referenced action; my

22
business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066.   I am

23
employed in San Diego County, California.

24
2.      On August 6, 2008, I filed the following document on the Court's CM/ECF

25
system in Case No. 08 mj 2026/08 cr 2528-JLS. The following counsel were electronically

26
served with the following documents via the CM/ECF system pursuant to Local Rule 5.4(c):

27
///

28

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

United States v. Gonzales Landeros (08 mj 2026)/(08 cr 2528-JLS)
United States v. Cortez-Copado (08 mj 2026)/(08 cr 2528-JLS)
Proof of Service Via E-File
1 of 2

1    • **Motion to Shorten Time**
2    • **Notice of Motion and Motion to take Deposition by Video**
     • **Points and Authorities in Support of Motion for Video Deposition**
3
      Alessandra Serano, A.U.S.A                Shaffy Moeel, Esq.
4
      Efile.dkt.gc2@usdoj.gov                    shaffy_moeel@fd.org
5
      David L. Baker, Esq.
6
      dlbakerlaw@aol.com
7
          I declare under penalty of perjury under the laws of the United States, State of California
8
   that the foregoing is true and correct and that this declaration was executed on August 6, 2008.
9
10
11                                                Melissa L. Bustarde, Esq.
12                                                Mayfield & Associates
13
14

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States v. Gonzales Landeros (08 mj 2026)/(08 cr 2528-JLS)
United States v. Cortez-Copado (08 mj 2026)/(08 cr 2528-JLS)
2 of 2                                    Proof of Service Via E-File